IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AGUSTIN MURATALLA, JR., )<br>)<br>Petitioner/Defendant, )<br>)<br>vs. )<br>)<br>UNITED STATES of AMERICA , )<br>)<br>Respondent/Plaintiff. ) | CIVIL NO. 06-cv-566-GPM<br><br>CRIMINAL NO. 04-cr-30131-GPM |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

On July 31, 2006, Plaintiff moved to withdraw his motion to vacate, set aside, or correct his sentence (Doc. 2). The Court construes this motion as one to voluntarily dismiss the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Voluntary withdrawal of his motion is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED: 08/08/06

             s/ G. Patrick Murphy
             G. PATRICK MURPHY
             Chief United States District Judge